IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD BRENT THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. WALTERS, et al.,<br><br>　　　　　Defendants. | No. 2:18-CV-1711-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff motion seeking a court order to preserve evidence, specifically a surveillance video of events occurring on November 12 and 24, 2017. See ECF No. 15. Good cause appearing therefore, and in keeping with the parties' obligations under the Federal Rules of Evidence, Plaintiff's motion is granted, and Defendants are directed to preserve for use in discovery and at trial the surveillance videos that are the subject of the instant motion.

　　　　　IT IS SO ORDERED.

Dated: August 29, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE