IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD BRENT THOMAS,<br><br>  Plaintiff,<br><br>  v.<br><br>J. WALTERS, et al.,<br><br>  Defendants. | No.  2:18-CV-1711-KJM-DMC-P<br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are: (1) plaintiff's motion to compel defendants to produce video surveillance (ECF No. 20); and (2) plaintiff's motion to certify video surveillance (ECF No. 21). Plaintiff is seeking an order compelling defendants to produce video recordings in support of his claims. However, to date, the Court has not issued an order commencing discovery. As such, plaintiff's motions to compel production and certification of video records are premature. Accordingly, plaintiff's motions to compel and certify video surveillance (ECF Nos.

///
///
///
///
///

1

20 & 21) are denied, without prejudice to a future request, should it be necessary after discovery has been initiated.

     IT IS SO ORDERED.

Dated:  August 31, 2020

                _____
                DENNIS M. COTA
                UNITED STATES MAGISTRATE JUDGE