**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFFORD BRENT THOMAS,<br><br>          Plaintiff,<br><br>     v.<br><br>J. WALTERS, et al.,<br><br>          Defendants. | No.  2:18-CV-1711-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's "Notice of Motion and Motion of Notification to Inform the Court of Retaliatory Effort Being Made by the Defendants Against Petitioner for Exercising Petitioner Rights to Redress in the Court." See ECF No. 22.

In his motion, plaintiff complains that defendants have engaged in retaliatory conduct since and because plaintiff initiated the instant action against them. Plaintiff seeks an award of "sanctions" based on this alleged conduct. To the extent plaintiff seeks to add a claim for retaliation based on conduct which has occurred after this action was initiated, plaintiff's

/ / /

/ / /

/ / /

/ / /

motion for sanctions is denied without prejudice to filing a formal motion under Federal Rule of Civil Procedure 15(d) for leave to file a supplemental complaint.

        IT IS SO ORDERED.

Dated:  September 16, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2