IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD BRENT THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>J. WALTERS, et al.,<br><br>Defendants. | No. 2:18-CV-1711-KJM-DMC-P<br><br><br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

      On September 14, 2020, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Defendants have objected to the findings and recommendations and plaintiff has responded to the objections. ECF Nos. 39, 40.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 14, 2020, are adopted in full;

2. Defendants' motion to dismiss, ECF No. 27, is **denied**; and

3. Defendants shall file an answer to Plaintiff's first amended complaint within 21 days of the date of this order.

DATED:  April 1, 2021.

CHIEF UNITED STATES DISTRICT JUDGE