# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD BRENT THOMAS,

Plaintiff,

v.

J. WALTERS, et al.,

Defendants.

No. 2:18-CV-1711-KJM-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion ECF No. 44, for an order compelling Defendants to answer his Claim III for violation of equal protection. Plaintiff's motion is denied because Claim III is alleged as against Defendant Price who has not been served. See ECF No. 23 (summons returned unexecuted as to Price).

IT IS SO ORDERED.

Dated: August 24, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1