**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFFORD BRENT THOMAS, | No.  2:18-CV-1711-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| J. WALTERS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 52, captioned "Notice of Motion and Motion by Plaintiff Asking Permission of the Court to Start Discovery." Plaintiff's motion is denied because the Federal Rules of Civil Procedure do not require court approval to commence discovery.  See Fed. R. Civ. P. 26.  Discovery may proceed as allowed by the Federal Rules of Civil Procedure and applicable Local Rules. Upon resolution of Defendants' motion for partial summary judgment by the District Judge, the Court will issue a pre-trial scheduling order setting a deadline for completion of discovery.

IT IS SO ORDERED.

Dated:  March 8, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1