IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CLIFFORD BRENT THOMAS,**<br><br>                                        Plaintiff,<br><br>        v.<br><br>**J. WALTERS, et al., ,**<br><br>                                        Defendants. | 2:18-cv-01711-KJM-DMC<br><br>**ORDER**<br><br>Judge:           Hon. Dennis M. Cota<br>Trial Date:    TBD<br>Action Filed: June 12, 2018 |

Having reviewed Defendants' motion to opt out of the post-screening ADR project, the court finds that the request is supported by good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of the post-screening ADR project is GRANTED;
2. The stay of this action is LIFTED forthwith; and
3. The Court will issue a separate discovery and scheduling order.

**IT IS SO ORDERED.**

Dated: May 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE