IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CLIFFORD BRENT THOMAS,** | 2:18-cv-01711-KJM-DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **J. WALTERS, et al., ,** | |
| Defendants. | |

Good cause appearing, Defendants' request to take Plaintiff's deposition via videoconference is **GRANTED**.

Dated:  May 24, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1