UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD BRENT THOMAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. WALTERS, et al.,<br><br>　　　　　　Defendants. | No. 2:18-cv-01711-DAD-DMC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 75, 79) |

　　　　Plaintiff Clifford Brent Thomas is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 7, 2024, the assigned magistrate judge issued findings and recommendations recommending that the motion for summary judgment filed by certain of the defendants (Doc. No. 75) be granted. (Doc. No. 79.) Specifically, the magistrate judge concluded that the undisputed evidence reflected that plaintiff had failed to come forward with evidence on summary judgment that would show that defendant Holmes used excessive force in restraining plaintiff. (*Id.* at 9–12.) The magistrate judge also concluded that the undisputed evidence on summary judgment established that defendants Halloran and Barba could not have issued a rules violation report to plaintiff in retaliation for plaintiff filing an inmate grievance because defendants

1

Halloran and Barba were unaware of plaintiff's inmate grievance at the time they wrote the rules violation report. (*Id.* at 12–14.)

Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 14.) No party has filed any objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.[1]

Accordingly,

1. The findings and recommendations issued on March 7, 2024 (Doc. No. 79) are adopted in full;

2. The motion for summary judgment filed on behalf of defendants Holmes, Halloran, and Barba (Doc. No. 75) is granted;

3. The Clerk of the Court is directed to update the docket to reflect that defendants Holmes, Halloran, and Barba have been terminated as named defendants in this action; and

4. As to the remaining defendant, this matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **March 29, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that whether by oversight or error, defendant Escobar, RN remains a named defendant in this action. Defendants did not move for summary judgment in defendant Escobar's favor in their previously filed motion for partial summary judgment. (*See* Doc. No. 45.) While the magistrate judge's January 7, 2022 findings and recommendation addressing that motion refer to defendant Escobar, they did not include a recommendation that summary judgment be granted in defendant Escobar's favor (*see* Doc. No. 53 at 1, 4-6, 11) and the previously assigned district judge's March 9, 2022 order adopting did not dismiss defendant Escobar or grant summary judgment in defendant Escobar's favor (*see* Doc. No. 55 at 2). Similarly, neither the pending motion for summary judgment or the pending findings and recommendation address defendant Escobar at all. (Doc. No. 75, 79.)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28