IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CLIFFORD BRENT THOMAS,**<br><br>Plaintiff,<br><br>v.<br><br>**ESCOBAR,**<br><br>Defendant. | 2:18-cv-01711-DAD-DMC-P<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT FOR DEFENDANT ESCOBAR** |

The Court, having considered Defendants' motion for leave to file a motion for summary judgment for Defendant Escobar, and good cause having been found based on counsel's declaration indicating excusable neglect in including Defendant Escobar in the previous defense motion for summary judgment, the motion will be granted.

**IT IS HEREBY ORDERED**: Defendant Escobar may file a motion for summary judgment within thirty days of service of this Order.

Dated: April 26, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

Defs' Not. of Mot. and Mot. for Leave to File Mot. for Summ. J. for Escobar  (2:18-cv-01711-KJM-DMC)