1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CLIFFORD BRENT THOMAS,                    No.  2:18-cv-01711-DAD-DMC (PC)

12                  Plaintiff,

13         v.                                   ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS AND GRANTING
14   J. WALTERS, et al.,                        DEFENDANT'S UNOPPOSED MOTION
                                                FOR SUMMARY JUDGMENT
15                  Defendants.
                                                (Doc. Nos. 83, 84)
16

17         Plaintiff Clifford Brent Thomas is a state prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United

19   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On July 15, 2024, the assigned magistrate judge issued findings and recommendations

21   recommending that the unopposed motion for summary judgment filed by defendant Escobar (the

22   only remaining defendant) (Doc. No. 83) be granted because the undisputed evidence before the

23   court established that defendant did not have knowledge of plaintiffs' filing of inmate grievances

24   prior to the allegedly retaliatory events of November 24, 2017, as required for plaintiff's sole

25   claim of retaliation in violation of the First Amendment.  (Doc. No. 84.)  The pending findings

26   and recommendations were served on the parties and contained notice that any objections thereto

27   were to be filed within fourteen (14) days after service.  (*Id.* at 8.)  No objections have been filed,

28   and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on July 15, 2024 (Doc. No. 84) are adopted in full;

2. Defendant's unopposed motion for summary judgment (Doc. No. 83) is granted;

3. Judgment shall be entered in favor of defendant Escobar; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   __**August 14, 2024**__                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE